# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY BICKHAM

NO. 2025 KW 0509

**JULY 28, 2025**

---

In Re:    Larry Bickham, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 567022; 567023.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the habitual offender bill of information, all pertinent minute entries and/or transcripts, specifically the 2025 habitual offender adjudication and sentencing hearing, and any other portions of the district court record that might support the claims raised in the writ application.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT